# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.

DALIA HAFEZ,

          Defendant.
_____/

Case No. 2:16-cv-11290

Hon. Robert H. Cleland
Mag. Judge R. Steven Whalen

## CONSENT JUDGMENT

Having reviewed the stipulation filed contemporaneously herewith, and being otherwise advised in the matter;

**IT IS ORDERED** that judgment be and hereby is entered in favor of the United States of America and against Defendant, Dalia Hafez, in the amount of $49,263.00 as of March 1, 2016, with post-judgment interest to run at the legal rate in effect on such date pursuant to 28 U.S.C. §1961. Defendant agrees to pay this judgment in accordance with the terms of the Agreement, which are incorporated herein as if fully set forth.

Dated: April 12, 2016

        s/Robert H. Cleland
        United States District Court Judge